# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                   NO. 2021 KW 0922

VERSUS

STEVEN JERMAINE CHARLES                              **OCTOBER 25, 2021**

---

In Re:    Steven Jermaine Charles, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 548,792.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **JEW**
                              **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT